UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONALD F. ALTIERI and
SHARON L. ALTIERI,
    Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC. AND
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
    Defendants.

C.A. No. 1:12-cv-00290

## DISMISSAL STIPULATION

It is hereby stipulated and agreed that all claims and potential counterclaims asserted by and among Donald F. Altieri and Sharon L. Altieri, Mortgage Electronic Registration Systems, Inc. and Federal National Mortgage Association in the above-captioned action are hereby dismissed with prejudice, with each party waiving any and all rights of appeal.

The Use and Occupancy payments made by the Plaintiff to the Special Master as a result of these proceedings shall be disbursed to Mindy Montecalvo, as attorney for Plaintiff.

Each of the undersigned parties warrants and represents as to himself/herself/itself that s/he/it has paid all retainer fees billed to that party and waives the return of any retainer fee monies paid the Special Master as a result of these proceedings.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

| | |
|---|---|
| Respectfully submitted<br>**DONALD F. ALTIERI and**<br>**SHARON L. ALTIERI**<br><br>By their attorney<br><br> /s/ Mindy Montecalvo<br>Mindy Montecalvo, Esq./# 2850<br>574 Central Avenue<br>Pawtucket, RI  02861<br>(401) 724-1904<br>(401) 724-1906 – Facsimile<br>mindy.montecalvo@babcocklawoffices.com | Respectfully submitted<br>**MORTGAGE ELECTRONIC**<br>**REGISTRATION SYSTEMS, INC. AND**<br>**FEDERAL NATIONAL MORTGAGE**<br>**ASSOCIATION**<br>By their attorney<br><br> /s/ Jennifer J. Normand<br>Jennifer J. Normand, Esq./#8337<br>Harmon Law Offices, P.C.<br>150 California Street<br>Newton, MA  02458<br>(617) 558-2264<br>(617) 243-4038 - Facsimile<br>jnormand@harmonlaw.com |

## **CERTIFICATION**

I, Jennifer J. Normand, Esquire hereby certify that on this 11th day of June, 2014, the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

 /s/ Jennifer J. Normand
Jennifer J. Normand